FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY 2 5 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. __2:05CR122-T__ |
| v. ) | [21 USC 841(a)(1)] |
| ) | |
| PATRICIA ANN CANTALINE and ) | |
| MATTHEW LEO KELLEY ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 16th day of June, 2004, in Covington County, Alabama, within the Middle District of Alabama,

PATRICIA ANN CANTALINE and
MATTHEW LEO KELLEY,

defendants herein, did knowingly and intentionally possess with intent to distribute approximately 153.7 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, and approximately 23.2 grams of marijuana, a Schedule I Controlled Substance, all in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney