COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

- INITIAL APPEARANCE
- BOND HEARING
- DETENTION HEARING
- PRELIMINARY (EXAMINATION) (HEARING)
- REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT

DATE: 07/13/2005

Digital Recording 10:48 to 10:53 am

PRESIDING MAG. JUDGE: Susan Walker   DEPUTY CLERK: sql
CASE NO.: 2:05cr122-T   DEFT. NAME: Patricia A. CANTALINE
USA: Brunson   DEFT. ATTY: Nastrom
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (☑) CDO
Appt'r

PTSO: _____
USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter.
Interpreter present __✓__ NO _____ YES   Name: _____

---

- Date of Arrest _____ or ☐ Arrest Rule 40
- ✓ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- Deft. First Appearance with Counsel
- Deft. First Appearance without Counsel
- Requests appointed Counsel
- Financial Affidavit executed ☐ to be obtained by PTSO
- ORDER appointing Community Defender Organization
- Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
  ☐ Government's WRITTEN motion for Detention Hearing filed
- Detention Hearing ☐ held; ☐ set for _____ at _____
- ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ORDER OF DETENTION PENDING TRIAL entered
- Release order entered. Deft advised of conditions of release
- BOND EXECUTED (M/D AL charges) $_____. Deft released
- BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- Bond not executed. Deft to remain in Marshal's custody
- Deft. ORDERED REMOVED to originating district
- Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
- Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ✓ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
- DISCOVERY DISCLOSURE DATE: 7-13-05
- NOTICE to retained Criminal Defense Attorney handed to counsel
- Identity/Removal Hearing set for _____
- Waiver of Speedy Trial Act Rights executed