```
 AR05        CRIMINAL SENTENCE                      COUNTY: 23 COVINGTON       ACRAR05
 ACTION:    CASE: CC 2004 000427 00 00 JID: CHS DEFSTS: J JAIL         CONFID: N
 NAME: CANTALINE PATRICIA A        CA: D DISMISSED  07152005 CC20044      00000
 SENT: 00000000 BEGIN: 00000000 END:  00000000 PRBBEG: 00000000 PRBREV: 00000000
 IMP CONF --- SUSP CONF -- TOTL CONF ----- JAIL CRED -- PROBATION -- LICN SUSP
 00 00 000     00 00 000      00 00 000      00 00 000     00 00 000     00 00 000
 MONETARY:    COST          FINE IMP: 00000000   SUSP: 00000000      CVCC         HIST
              WCCS          MCOS 00000000        JFEE 00000000       DRGF 0       ASUS
              WCDA          REMB 00000000        3CVC 00000000       WARR 000     USFE
              PREL          DRUG 00000000        RCUP 00000000       SUBP 000
              RES1 00000000           RES2 00000000          RES3 00000000
              RES4 00000000           RES5 00000000          RES6 00000000
  CONFINE:    PENT     LIFE      LWOP      DEATH     SPLIT     BOOT 000   EMON 000
              JAIL     CCUR      CSEC      CTERM     RVSPL     GANG 000
 PROGRAMS:    JDVR     IPROB     AASCH     DUI       DDC       CSV 0000   SAPP    CCR
              PTRL     BCSCH     MNTL      CRO       ASCH      ANGER      DRUGCT
 ENHANCED:    PROJ     CNOT      SCH       VDOB 00000000       HOOF 000
              DRUG  CODE:             MEAS:     VOL: 00000000
 SEC/CUR:    00   000000000000 00    00   000000000000 00   00   000000000000 00
 COMMENT:
 BALDUE: 0000000000 DUE: 00000000       CRO:             UPDATED: 07202005 BY ROP
 *** HERE IS THE REQUESTED RECORD ***
 01=MNU 02=ACS 03=NDX 04=PTY 05=CLR 06=OCS 07=DKT 08=ENF 09=DSP 10=FEE
 12=FIL 13=DUP 14=NXS 15=TRF 16=WAR 17=FRM 18=CHG 19=PRT 20=OFF          24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 0      OCSOC01

CASE NUMBER: CC 2004 000427 00    TRANS DATE/TIME: 00000000 0000    JID: CHS
  STYLE/NAME: STATE OF ALABAMA  VS  CANTALINE PATRICIA A            PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------- COMMENTS ------------------| OPE
------------------------------------------------------------------------------
      05032005 1612 TEXT MOTION FOR SETTLEMENT CONFERENCE                  DES
      05042005 1557 DAT3 SET FOR: SETTLEMENT DOCKET/ ON 06/14/2005 AT 0900A ROP
      05042005 1558 TEXT ORDER SETTING SETTLEMENT CONFERENCE 6-14-05       ROP
      05042005 1558 TEXT AT 9:00 AM. SHERIFF TO TRANSFER DEFT FROM         ROP
      05042005 1558 TEXT CONECUH COUNTY JAIL TO COVINGTON COUNTY JAIL      ROP
      05042005 1558 TEXT NO LATER THAN 6-13-05; EXECUTED: 6-13-05          ROP
      07152005 0930 TEXT MOTION TO DISMISS                                 ROP
      07152005 0930 TEXT ORDER: DISMISSED WITHOUT PREJUDICE                ROP
      07202005 0930 DJID DISPOSITION JUDGE ID CHANGED FROM:     TO: CHS    ROP
      07202005 0930 DISP CHARGE 01: TRAFFICKING-METHAMP/#CNTS: 001   (AR10)ROP
      07202005 0930 DISP CHARGE 01 DISPOSED BY: DISMISSED ON: 07/15/2005   ROP
      07202005 0930 DISP CHARGE 02: POSS MARIJUANA 1ST /#CNTS: 001   (AR10)ROP
      07202005 0930 DISP CHARGE 02 DISPOSED BY: DISMISSED ON: 07/15/2005   ROP
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF         24=HLP
```