IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | 2:05cr122-T |
| ) | |
| **PATRICIA ANN CANTALINE** ) | |

## DEFENDANT'S MOTION TO WITHDRAW MOTION FOR DETENTION HEARING & REQUEST FOR PRETRIAL SERVICES INTERVIEW

**COMES NOW** Patricia Ann Cantaline, by undersigned counsel, Kevin L. Butler, and moves to withdraw her Motion for Detention Hearing and Request for Pretrial Services Interview filed in this Court on July 26, 2005. In support of this motion the defendant states. Undersigned counsel may request leave to reopen this hearing if new and material evidence becomes available.

WHEREFORE, Ms. Cantaline moves this Court to withdraw her motion for detention hearing and pretrial services interview.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 2:05cr122-T |
| | ) | |
| PATRICIA ANN CANTALINE | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138