IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:05-CR-122-T |
| ) | |
| PATRICIA ANN CANTALINE ) | |

### ORDER ON MOTION

Upon consideration of *Defendant's Motion to Withdraw Motion for Detention Hearing and Request for Pretrial Services Interview* (Doc. 30, filed July 28, 2005), it is

**ORDERED** that the *Motion* is **GRANTED**.

Accordingly, the Clerk is instructed to terminate the withdrawn *Motion for Detention Hearing and Request for Pretrial Services Interview* (Doc. 24, filed July 26, 2005).

Done this 28th day of July, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE