IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-122-T |
| | ) | |
| PATRICIA ANN CANTALINE | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference now scheduled at 11:00 a.m. on August 8, 2005 is

hereby re-set to **August 11, 2005 at 11:30 a.m.**

Done this 4th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE