**COURTROOM DEPUTY'S MINUTES**

**DATE:** 8/11/05

**MIDDLE DISTRICT OF ALABAMA**

**Digital Recording: 11:31 -11:40**

<u>PRETRIAL CONFERENCE</u>

**PRESIDING MAG. JUDGE. DELORES R. BOYD**

**DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER: 2:05cr122-T**

**DEFENDANT(S):** Patricia Ann Cantaline
Matthew Leo Kelley

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | Kevin L. Butler |
| Kent B. Brunson | * | Richard Kelly Keith |
| | | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**          No Problems

❏ **PENDING MOTION STATUS:** USA vs. Kelley-# 39Motion for Relief from Prejudicial Joinder
USA vs. Cantaline - #36 Sealed Exparte Motion

❏ **PLEA STATUS:**
          USA vs. Cantaline - Likely Plea

❏ **TRIAL STATUS**
          2 Days for Trial set on 10/12/05 Docket

❏ **REMARKS:**
          USA vs. Cantaline - Proffer set for week of 8/22/05
          USA vs. Cantaline - Notice of Intent by end of the month