IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-122-T |
| | ) | |
| PATRICIA ANN CANTALINE | ) | |

**ORDER**

Upon consideration of the government's *Petition for Order Directing the United States Marshal to Release Custody of Prisoner*, construed as a motion for release of prisoner filed on August 30, 2005 (Doc. 47), and for good cause, it is

**ORDERED** that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Patricia Ann Cantaline, to Special Agent Bob Greenwood, DEA, and/or Investigator Jamie Wismer, 22nd Circuit District Attorney's Office, on August 30, 2005, through November 30, 2005, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agent Bob Greenwood, DEA, and/or Investigator Jamie Wismer, 22nd Circuit District Attorney's Office, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Done this the 30th day of August, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE