IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:05cr122-T |
| | ) | |
| **PATRICIA ANN CANTALINE** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Patricia Ann Cantaline, by and through undersigned counsel, Kevin L. Butler, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 30th day of September 2005.

                                                                    Respectfully submitted,

                                                                     s/ Kevin L. Butler
                                                                     KEVIN L. BUTLER
                                                                     First Assistant Federal Defender
                                                                     201 Monroe Street, Suite 407
                                                                     Montgomery, Alabama 36104
                                                                     Phone: (334) 834-2099
                                                                     Fax: (334) 834-0353
                                                                     E-mail: kevin_butler@fd.org
                                                                     AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:05cr122-T |
| | ) | |
| **PATRICIA ANN CANTALINE** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138