IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
☑ Northern   ☐ Southern   ☐ Eastern

## COURTROOM DEPUTY MINUTES

**DATE:** 10/3/2005   **TIME/DIGITAL RECORDING:** 11:53 am – 12:38 pm

**JUDGE:** Delores R. Boyd

**CTRM CLERK:** S. Q. Long, Jr.   **CRT RPTR:** Risa Entrekin

**CASE NO.** 2:05cr122-T: 01   **USA vs.** PATRICIA ANN CANTALINE

**DEFT ATTY:** Kevin Butler
☑ FD   ☐ CJA   ☐ Ret   ☐ Waived   ☐ Standing In   ☐ Retain Cnsl Ntc.
**COURT APPOINTS:**   ☐ FD   ☐ CJA   ☐ Deft. to Retain Counsel

**SUSA:** Brunson   **USPO/USPTS:**

**Interpreter Needed:** ☐ Yes  ☑ No  Name:

**LOCATION:**   ☐ ARREST: _____   ☐ LC   ☐ LO   ☐ LR   ☐ Kars 40

**HEARING**  Held/Set:
☐ IA. *Dft. Advised of Rights*   ☐ DETENTION   ☐ PRLHRG
☐ RULE44HRG   ☐ BOND HRG   ☐ PROB/SUP REL VIOLATOR

☐ ARR   PLEA Entered:  ☐ Guilty  ☐ Not Guilty
Ptrl Cnf *Set*: _____   Disc DDL *Set*: _____

☑ CHGPLHRG/CONSENT PLEA *Held*  ☐ *Set for.*_____

☐ Written PLEA AGREEMENT *Filed/Executed*  ☐ Oral Agreement

☑ GUILTY PLEA/*Counts*: 1

☐ COUNTS/DISM/GVT_____  ☐ Oral Motion  ☐ At Sentencing

☐ TRIAL *Set For*: _____   SENTENCING *Set for*: _____

**WAIVERS/CONSENT/AFF:**
☐ FINAFF   ☐ WVRPRLHRG.   ☐ WVRR40hrg
☐ WVINDICTMENT *Executed & Filed*  ☐ INFORMATION filed
☐ CONSENT TO PROCEED *Executed*
☐ WAIVER OF SPEEDY TRIAL *Executed.* Set for Trial Term:_____

**MOTIONS:**
☐ DTNHRG   ☐ *Written*   ☐ *Oral*  /   ☐ *Govt*  ☐ *Deft*
Detention Hearing Set For:_____
☐ Other_____

**ORDERS:**
☐ BOND *Executed* $ _____
☐ Cont'd Bond Imposed: _____
☐ Conditions of Release. *Defendant advised of conditions.*
☐ Probable Cause. *Defendant bound over to Grand Jury*
☐ Remvldist _____  ☐ Rem Hrg. *Set*: _____
☐ Temporary Detention Pending *Hearing*   ☐ Pending *Trial*
☐ Seal _____
☐ Other _____

**COMMENTS:**