IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 2:05cr122-T |
| | ) | |
| PATRICIA ANN CANTALINE | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

NOW COMES the Defendant, Patricia Ann Cantaline, by and through undersigned counsel, Kevin L. Butler, and moves this Court for good cause and pursuant to Fed. R. Crim. P. 32(b)(2) for a continuance of sentencing in this matter until after March 1, 2005. In support of this Motion, Defendant would show the following:

1. Ms. Cantaline is a 37 year female who has entered a plea of guilty to felony drug distribution in violation of 18 U.S.C. § 841(a)(1).

2. The sentencing hearing in this matter has been set for December 19, 2005.

3. Prior to December 2000, Ms. Cantaline lived a "normal" life. She was a housewife, the mother of two children and a part time worker at a Covington County Waffle House and McDonald's.

4. On or about December of 2000, Ms. Cantaline was raped. She became pregnant as a result of the assault. Within two weeks of the sexual assault, her father (with whom she was extremely close) died.

5. Over the next four years, Patricia's life took a 180 degree turn for the worse. She became self abusive, addicted to methamphetamine and a distributor of controlled substances.

6.  Undersigned counsel was informed of these drastic and dramatic changes in Ms. Cantaline's behavior and life on or about December 1, 2005.

7.  Undersigned counsel is in the process of having Ms. Cantaline evaluated to determine if the sexual assault coupled with the death of her father and other factors "triggered" her decent into criminal activity.

8.  As this will be relevant for this Court's determination of the applicable guidelines, as well as the reasonable sentence to be imposed and the evaluation will not be completed on or before the presently scheduled sentencing date, it is in the interest of justice and for good cause to continue sentencing.

9.  The United States, by and through Assistant U.S. Attorney, Kent Brunson, has no objection to this continuance.

WHEREFORE, for the foregoing reasons, Ms. Cantaline respectfully requests that his sentencing hearing be continued from December 16, 2005 until after March 1, 2006..

Dated this 9th day of December 2005.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:05cr122-T |
| | ) | |
| **PATRICIA ANN CANTALINE** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138