IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr122-T |
| PATRICIA ANN CANTALINE | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Patricia Ann Cantaline's motion to continue sentencing (Doc. No. 64) is granted.

(2) Sentencing for defendant Cantaline, now set for December 16, 2005, is reset for March 7, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

In view of the fact that defendant Cantaline intends to develop "special-circumstances" evidence, it is

further ORDERED that the parties are to submit sentencing briefs by no later than March 2, 2006.

DONE, this the 13th day of December, 2005.


                           /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE