# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   MARCH 7, 2006             AT      10:09      A.M./P.M.

DATE COMPLETED   MARCH 7, 2006             AT      10:42      A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | Cr No. 2:05-cr-122-MHT |
| | ) | |
| PATRICIA ANN CANTALINE | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Kent Brunson | X | Atty Kevin Butler |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

10:09 a.m.   Court convened; sentencing hearing commenced.
             No plea agreement. Defendant's objection to PSR (request
             for departure for diminished capacity) -- objection
             overruled. Parties' sentencing recommendations. Defendant's
             **oral motion** for reduction in criminal history category(CHC)
             based on over-representation of defendant's criminal
             history; PO objects to defendant's representation that
             criminal history is over-represented in PSR. Sentence
             imposed. **ORAL ORDER**, during sentence imposition, granting
             defendant's motion for reduction in CHC, granting
             government's motion for reduction in criminal offense level
             (dn 66), and granting government's motion for downward
             departure (dn 72).
10:42 a.m.   Hearing concluded.