IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:05cr122-MHT |
| | ) | (WO) |
| **PATRICIA ANN CANTALINE** | ) | |

ORDER

Upon consideration of the defendant Patricia Ann Cantaline's petition for early termination of supervised release (doc. no. 106), and as the government and probation support the petition, it is ORDERED that the petition is granted, defendant Patricia Ann Cantaline's term of supervised release is terminated, and defendant Cantaline is discharged

DONE, this the 3rd day of March, 2016.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**